IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CORNELIUS DEWAYNE TAYLOR,**
 Petitioner,

vs.             Case No. 5:10cv194/SPM/MD

**UNITED STATES BUREAU OF PRISONS, et al.,**
 Respondents.

---

**O R D E R**

  This cause is before the court upon petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 1), a supporting memorandum (doc. 2) and a motion to proceed *in forma pauperis* (doc. 3).

  Petitioner's habeas corpus petition is deficient in that it is unsigned. Fed. R. Civ. P. 11; N.D. Fla. Loc. R. 5.1(B)(5); N.D. Fla. Loc. R. 5.1(J)(2). Petitioner will therefore be required to file an amended petition. To amend his petition, petitioner should completely fill out a new § 2241 petition form, marking it **"Amended Petition."** Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the previously filed materials. Once an amended petition is filed, all earlier petitions are disregarded. N. D. Fla. Loc. R. 15.1.

  In addition, petitioner's motion to proceed *in forma pauperis* is deficient. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, a prisoner consent form and financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the six-month period immediately preceding the filing of the petition). Petitioner failed to sign his motion and prisoner consent form, and failed to include the required account printout. Petitioner is reminded

that it is his responsibility to obtain the required printout(s) from <u>each</u> institution at which he may have been confined during the past six-month period.

Accordingly, it is ORDERED:

1. The clerk is directed to send petitioner a § 2241 petition form and a form application to proceed *in forma pauperis*. This case number shall be written on the forms.

2. Within **twenty-eight (28) days** of the date of this order, petitioner shall file an amended petition which shall be typed or clearly written, and submitted on the court form.

3. Petitioner's motion to proceed *in forma pauperis* (doc. 3) is DENIED WITHOUT PREJUDICE.

4. Within **twenty-eight (28) days** of the date of this order, petitioner shall either pay the $5.00 filing fee, or submit a complete application for leave to proceed *in forma pauperis*.

5. Petitioner's failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to comply with an order of the court.

DONE AND ORDERED this 20th day of August, 2010.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**