IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORNELIUS DEWAYNE TAYLOR,
     Petitioner,

v.                                  CASE NO.:   5:10cv194/SPM/MD

UNITED STATES BUREAU OF
PRISONS, et al.,
     Respondents.

_____

## O R D E R

     This cause is before the court upon petitioner filing an amended petition for writ of habeas corpus (doc. 7) under 28 U.S.C. § 2241.  The petition appears to be in the proper form, the petitioner has submitted the appropriate service copies, and the filing fee has been paid.

     Accordingly, it is ORDERED:

     The clerk of court is directed to furnish copies of the petition and this order to the United States Attorney for this district, and the Attorney General of the United States. Respondents shall have sixty (60) days from the date of this order in which to show cause, if any there be, why the relief requested should not be granted.

     DONE AND ORDERED this 6th day of October, 2010.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**