IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CORNELIUS DEWAYNE TAYLOR,**

    Petitioner,

vs.	CASE NO. 5:10-cv-194/RS-CJK

**UNITED STATES BUREAU OF PRISONS,**

    Respondent.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 7) is **DENIED**.

3. The clerk is directed to close the file.

**ORDERED** on April 30, 2012.

                         /S/ Richard Smoak
                         **RICHARD SMOAK**
                         **UNITED STATES DISTRICT JUDGE**